**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

February 6, 2026

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

**DARIUS P. CHAFIZADEH**
MEMBER
DIRECT:  914.683.1212
FAX:      914.683.1210
DCHAFIZADEH@HARRISBEACHMURTHA.COM

Hon. Nelson S. Román
United States District Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/06/2026

RE:    ***Mejia v. County of Rockland, et al.***
       **Civil Case No.: 23-cv-00492 (NSR) (JCM)**

Dear Judge Román:

This office represents Defendants, County of Rockland, Donna G. Silberman in her official capacity as County Clerk of Rockland County, the Rockland County District Attorney's Office and Thomas E. Walsh II, in his official capacity as the Rockland County District Attorney, in this action. We write to update the Court on the status of the settlement of this matter.

Yesterday evening, Plaintiff's counsel provided our office with the settlement agreement, executed by Plaintiff. We respectfully request an extension of the deadline to submit the fully executed settlement agreement to the Court, with a request that it be "so ordered," to February 13, 2026, to allow time for the County to execute the agreement. *See* ECF. Doc. No. 58.

Thank you for the Court's time and consideration of this matter.

RESPECTFULLY SUBMITTED,

/s/ *Darius P. Chafizadeh*

DARIUS P. CHAFIZADEH

cc:    All Counsel (via ECF)

The Court GRANTS Defendants' request. The parties are directed to submit the fully executed settlement agreement to the Court, with a request that it be "so ordered," by February 13, 2026. The Clerk of Court is kindly directed to terminate the motion at ECF No. 59.

Dated: February 6, 2026
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

HARRIS BEACH MURTHA CULLINA PLLC